| | |
|---|---|
| <u>DEFENDANT:</u> | THERESA HIGHPIPE, *a/k/a* "Muppet" and "China" |
| <u>AGE/YOB</u>: | 32/1992 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_\_x\_\_\_\_ No |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | \_\_\_\_ Yes   \_\_x\_\_ No |
| <u>OFFENSE(S):</u> | <u>Count 1</u>: 21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute a Detectable Amount of Cocaine in Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado, and elsewhere |
| <u>PENALTY:</u> | <u>Count 1</u>: NMT 20 years' imprisonment; $1,000,000 fine; NLT 3 years' supervised release, and NMT lifetime supervised release; $100 special assessment |
| <u>AGENT:</u> | Adam Golden, Task Force Officer, FBI |
| <u>AUTHORIZED BY:</u> | Talia Bucci, Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less;  \_x\_\_ over five days

<u>THE GOVERNMENT:</u>

\_\_\_\_x\_\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention **is** applicable to this defendant.